IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

    *Petitioner*,

v.                                          Case No.: 1:25cv254-MW/ZCB

SECRETARY OF FLORIDA FAMILIES
AND CHILDREN SERVICES,

    *Respondent*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 8, and has also reviewed *de novo* Petitioner's objections, ECF No. 9. Accordingly,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted,** over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2241, ECF No. 5, is **DISMISSED without prejudice**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 16, 2025.**

                                                                    **s/Mark E. Walker**
                                                                    **United States District Judge**